IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VIKTORIIA LAZAREVA,

      Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

      Defendant.

2:26-CV-01137-CCW

**MINUTE ENTRY**
**JUNE 26, 2026 SHOW CAUSE HEARING**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:
Stanley D. Ference, III

Appearing for Defendant:

Conference Began:  10:22 a.m.

Conference Ended:  10:31 a.m.

Adjourned to:      Not applicable

Stenographer:     Sharon Siatkowski

Law Clerk:       Marie Nercessian
Courtroom Deputy:   Jack Shelly

**SUMMARY OF PROCEEDINGS:**

The Court held a show cause in the above-captioned case.  Appropriate orders will follow.

cc (via ECF email notification):

All Counsel of Record