## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIKTORIIA LAZAREVA, | Civil Action No. |
| Plaintiff, | 26-cv-001137 |
| v. | (Judge Wiegand) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | Armanity |
| 4 | Fstudio |
| 5 | GAMSJM- |
| 12 | Gbuzozie |
| 13 | YAODINGHUI |
| 15 | Fiokroo |
| 16 | EMYH Decor |
| 18 | ZICHEN-STORE |
| 25 | mrmian |
| 26 | LukMus USA |
| 30 | Loneeeea love |
| 33 | Li Ming Jue |
| 34 | xiamenshiweituodingdianzishangwugongzuoshi |
| 39 | icolor Direct |
| 40 | guangzhouyuanwanmaoyiyouxiangongsi |
| 41 | Yinuoge |
| 43 | caiyougongmei |

| 46 | songsongabc |
|---|---|
| 50 | jilinshengkaifafashangmaodiangerenduzi |
| 52 | ToLuLu |
| 53 | Msauto |
| 54 | Xiaomosha |
| 55 | Belovance |
| 57 | mingbin's shop |
| 60 | TSENC |
| 64 | Axolotl-US |
| 66 | SheKin |
| 68 | dingchuang |
| 69 | YQJS |
| 91 | ocenuttldat |
| 94 | Alwayspon |
| 95 | dongguanshengyafuzhuangyouxianzerengong |
| 97 | CENXINL |
| 101 | zhenliemao（Support customized personalized） |
| 105 | PANQI-STORE |
| 107 | Aflyko |
| 108 | weipinhuifushi |
| 109 | luoyoushangmao |
| 110 | Moudeng |
| 111 | Shenyang City Yuhong District Yuehan Department Store Trade Shop |
| 113 | Oplp |
| 120 | Vozoza |
| 123 | undying store |
| 126 | CEBUGI |
| 127 | CUHTSVDFii |
| 132 | DUIBEL-HOME |
| 133 | Nander |
| 135 | greentre |
| 138 | FrankMartinez |
| 141 | guangzhouguiyinshangmao |
| 143 | FJDENG |
| 144 | Fuzhou Jin'an District Chenjianjing Trading Co., Ltd. |
| 150 | Fisyme |
| 154 | kaqilongjiancaimaoyi |
| 155 | Hallogen |
| 156 | Drapeloft |

| 157 | ZHUyitoi |
|---|---|
| 158 | YanNFAN |
| 159 | JiuJiangShuoDiFang WangLuoKeJi |
| 163 | jilinshengxiangshengshengshangmaodiangerenduzi |
| 164 | Worltoldb |
| 166 | guanyaomaoyi |
| 167 | WHBAG |
| 172 | JUAMA |
| 177 | BAOHULU WORLD STORE |
| 178 | Baodanfu |
| 179 | yoyoto |
| 180 | YXXCM |
| 182 | Yisharuier |
| 183 | Castle Fairy |
| 184 | ZhoLing |
| 185 | Decaistore |
| 189 | BMCITYBM |
| 190 | ZZKKO |
| 191 | Wusikd |
| 193 | Cuczpau |
| 197 | Hong ming he |
| 200 | MUCHENGGIFT BUSINESS LLC |
| 202 | Halora tables |
| 203 | JSTEL |
| 204 | Ryvnso Home Decoration |
| 205 | YST |
| 209 | HEhome shop |
| 213 | Saierma |
| 215 | Even's Mall US |
| 217 | BAOHULU |
| 231 | GoStarlight |
| 240 | AHAPPINESS LIFE |
| 251 | JPHH |
| 252 | ArtzyHub |
| 253 | Patrihome |
| 260 | FreePaperHaven |
| 269 | Leaves DT |
| 271 | PJM JM |
| 277 | FreeChromaWall |

| 286 | BORANNN |
|-----|---------|
| 287 | DuraPrint |
| 288 | Expert of SC |
| 304 | HeartSun |
| 313 | HMmai |
| 371 | PJM SQ |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: July 20, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff