**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Lazareva, | ) | No. 2:26-cv-01137 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| | ) | Hon. Christy Criswell Wiegand |
| Armanity, et al.,        Defendants. | ) ) ) | |

**Motion for Admission Pro Hac Vice of Christopher Keleher**

Christopher Keleher, undersigned counsel for Defendants 136 Rujhiyu, 137 Sheusualgirl, and 296 Moinyon ("Defendants"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Defendants, pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95). In support of this Motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Christopher Keleher filed here, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 23, 2026

Respectfully submitted,

s/ Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street, Suite 525
Chicago, Illinois 60611
(312) 448-8491
ckeleher@appellatelawgroup.com
*Counsel for Defendants, Pro Hac Vice pending*

**<u>Certificate of Service</u>**

I certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of the Court, which

will send notification of such filing to all counsel of record.

Dated: July 23, 2026


<u>s/ Christopher Keleher</u>
The Keleher Appellate Law Group
1 East Erie Street, Suite 525
Chicago, Illinois 60611
(312) 448-8491
ckeleher@appellatelawgroup.com
*Counsel for Defendants, Pro Hac Vice pending*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Lazareva, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:26-cv-01137 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Christy Criswell Wiegand |
| | ) | |
| Armanity, et al., Defendants. | ) | |

**Affidavit of Christopher Keleher in Support of Motion for Admission Pro Hac Vice**

I, Christopher Keleher, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants 136 Rujhiyu, 137 Sheusualgirl, and 296 Moinyon in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

I, Christopher Keleher, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm The Keleher Appellate Law Group, LLC.

2. My business address is 1 East Erie Street, Suite 525, Chicago, IL 60611.

3. I am a member in good standing of the bar of Illinois, as well as the Northern District of Illinois, and the Northern District of Illinois Trial Bar.

4. My Illinois bar identification number is 6277771.

5. A current certificate of good standing from the Bar of Illinois is attached to this Affidavit as Exhibit A.

6. I have one previous disciplinary mark. This was for my failure to attach a trial court transcript to an appellate brief appendix in the United States Court of Appeals for the Seventh Circuit. I was fined $1000 for this infraction. *United States v. Brannan*, No. 24-1677 (7th Cir. 2025).

7. I attest that I am a registered user of ECF in the United States District Court for the Western

District of Pennsylvania.

8.  I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.  Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:                                                                      July 23, 2026

                                                            /s/Christopher Keleher
                                                            By: Christopher Keleher
                                                            Affiant

## Certificate of Service

I certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated: July 23, 2026


s/ Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street, Suite 525
Chicago, Illinois 60611
(312) 448-8491
ckeleher@appellatelawgroup.com
*Counsel for Defendants, Pro Hac Vice pending*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Christopher Paul Keleher

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2002 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of June, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Lazareva, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  2:26-cv-01137 |
| v. | ) | |
| | ) | Hon. Christy Criswell Wiegand |
| Armanity, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**[proposed] Order**

**AND NOW**, this _____ day of July, 2026, upon consideration of the Motion of

Christopher Keleher for Admission Pro Hac Vice, it is hereby ORDERED that the Motion for

Admission Pro Hac Vice is GRANTED.


_____

The Honorable Christy Criswell Wiegand