**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VIKTORIIA LAZAREVA,<br><br>Plaintiff,<br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No.<br><br>26-cv-001137<br><br>(Judge Wiegand) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 11 | Deiubuc |
| 35 | QQQiangliii |
| 36 | KKaidee |
| 38 | DDETIan |
| 61 | Xmqpzg |
| 62 | GKM-GLOBAL |
| 65 | Axjgxq |
| 75 | Jmjhy |
| 76 | Zotfan |
| 78 | Gugusary |
| 79 | Sletend-V |
| 85 | Xmyxyy |
| 86 | JOYSAY |
| 93 | Xmyws |
| 98 | A.Monamour |
| 106 | anletan |

| | |
|---|---|
| 122 | ARTMULU |
| 124 | JIANZXB |
| 125 | CFAUIRY |
| 192 | Huryilo |
| 195 | wiwens |
| 196 | Itslife-2 |
| 256 | GOOD HS |
| 263 | YanNiNice |
| 320 | zahnmant |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: August 4, 2026

/s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff